867 A.2d 1146
IN THE MATTER OF KATHLEEN SCOTT CHASAR, AN
ATTORNEY AT LAW (ATTORNEY NO. 006911996).

February 25, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–256, concluding that **KATHLEEN SCOTT CHASAR** of **LAWRENCEVILLE**, who was admitted to the bar of this State in 1996, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 3.3(a)(4) (offering evidence lawyer knows to be false), *RPC* 4.1(a) (false statement of material fact to a third person), and *RPC* 8.4(a) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KATHLEEN SCOTT CHASAR** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 23, 2005; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.